RUSH MOORE LLP
A Limited Liability Law Partnership

DANIEL M. CHEN          7584-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone No.: (808) 521-0400
Facsimile No.: (808) 521-0597

Attorney for Defendant
FAIRMONT HOTELS & RESORTS
(U.S.) INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| COURTNEY DAVIS, | ) CIVIL NO. 18-00082 DKW- RLP |
| --- | --- |
| | ) (Other Personal Injury Tort) |
| Plaintiff, | ) |
| | ) |
| | ) STIPULATION FOR DISMISSAL |
| vs. | ) WITH PREJUDICE OF ALL |
| | ) CLAIMS AND ALL PARTIES |
| FAIRMONT HOTELS & RESORTS | ) |
| (U.S.) INC., a Foreign Profit | ) |
| Corporation, | ) |
| | ) Trial Date: May 13, 2019 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Magistrate Judge: Honorable Richard |
| | ) L. Puglisi |

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Plaintiff COURTNEY DAVIS, and Defendant FAIRMONT HOTELS &

RESORTS (U.S.) INC., by and through their respective attorneys, and pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled action and all claims against all parties therein, be and are hereby dismissed *with prejudice*, with both parties to bear their own attorneys' fees and costs.

All appearing parties have signed this Stipulation through their respective counsel. Trial is set for May 13, 2019. There are no remaining claims or parties.

DATED: Honolulu, Hawaii, January 9, 2019.

ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorney for Plaintiff
COURTNEY DAVIS

DATED: Honolulu, Hawaii, 1-17-19.

DANIEL M. CHEN, ESQ.
Attorney for Defendant
FAIRMONT HOTELS & RESORTS (U.S.) INC.

APPROVED AS TO FORM:

1/23/19

~~CHIEF~~ UNITED STATES DISTRICT JUDGE